1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MONICA ARROYO,                            No.  2:22-CV-0360-DMC

12                    Plaintiff,

13          v.                                  <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16

17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Pending before the Court is plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.

21   Plaintiff has submitted the affidavit required by § 1915(a) showing that Plaintiff is unable to

22   prepay fees and costs or give security therefor.  The request to proceed in forma pauperis will,

23   therefore, be granted.  <u>See</u> 28 U.S.C. § 1915(a).

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.      Plaintiff's request to proceed in forma pauperis, ECF No. 2, is granted;

26          2.      The Clerk of the Court is directed to issue a summons for this case;

27   / / /

28   / / /

1

3.      Service on Defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of the Court shall deliver to the Commissioner of Social Security and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint; the Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order; this order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.      The Clerk of the Court is directed to issue the undersigned's scheduling order for Social Security cases.

Dated:  April 6, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2